**Petition for Writ of Mandamus Denied and Memorandum Opinion filed October 13, 2020.**



In The

# Fourteenth Court of Appeals

## NO. 14-20-00674-CR

## NO. 14-20-00675-CR

## IN RE TODD W. ALTSCHUL, Relator

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**23rd District Court**
**Brazoria County, Texas**
**Trial Court Cause Nos. 26672 and 26673**

## MEMORANDUM OPINION

On September 14, 2020, relator Todd W. Altschul filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to correct and modify nunc pro tunc judgments signed on August 28, 2019, by the Honorable Terri Holder, presiding judge of the 23rd District Court of Brazoria County.

Relator also filed a motion to suspend any rule requiring a mandamus proceeding to be filed within six months or a year.

To be entitled to mandamus relief, a relator must show that he has no adequate remedy at law to redress his alleged harm, and that what he seeks is a ministerial act not involving a discretionary or judicial decision. *State ex rel. Young v. Sixth Judicial Dist. Court of Appeals at Texarkana*, 236 S.W.3d 207, 210 (Tex.Crim.App.2007) (orig. proceeding).

"A nunc pro tunc judgment is an appealable order under Article 44.02 [of the Code of Criminal Procedure] if the appeal is timely filed." *Blanton v. State*, 369 S.W.3d 894, 904 (Tex. 2012). Mandamus relief is not available to challenge an appealable order. *See Alvarez v. Eighth Court of Appeals of Tex*., 977 S.W.2d 590, 592 (Tex. Crim. App. 1998). The failure to timely pursue an adequate legal remedy forecloses mandamus relief. *See In re Robertson*, No. 14–16–01013–CV, 2017 WL 506807, at *2 (Tex. App.–Houston [14th Dist.] Feb. 7, 2017, orig. proceeding) (per curiam) (mem. op.).

Because relator had an adequate remedy for challenging the nunc pro tunc judgments by appeal, he cannot show he is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus. The denial of mandamus relief renders relator's motion to suspend moot.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Wise and Bourliot.
Do Not Publish — Tex. R. App. P. 47.2(b).